RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARREN A. FRANK | DOCKET NO. 11-CV-2033; SEC. P |
| VERSUS | JUDGE ~~DEE D. DRELL~~ James T. Trimble, Jr. |
| RONALD MARTINEZ, WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED THAT Petitioner's §2241 application be **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 29th day of February, 2012.

_____
~~DEE D. DRELL~~ James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE